1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

```
STAN FREUND,                    )    Docket No.
                                )    04-80117-Civ-HURLEY
          Plaintiff,            )
                                )    West Palm Beach, Fl.
   v.                           )    May 23, 2005
                                )    9:30 a.m.
HI-TECH SATELLITE, INC.,        )
                                )
          Defendant.            )
                                )
--------------------------------x
```

TRANSCRIPT OF NONJURY TRIAL
BEFORE THE HONORABLE DANIEL T.K. HURLEY

APPEARANCES:

For the Plaintiff:     JOSEPH BILOTTA, ESQ.

For the Defendant:     ALAN P. DAGEN, ESQ.

Court Reporter:        Pauline A. Stipes, CSR, RPR, RMR
                       United States Courthouse
                       West Palm Beach, FL  33401

Pauline A. Stipes
Official Federal Reporter